# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA KING,<br><br>Defendant. | Case No.: 21-cr-00464-AJB<br><br>**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

Based upon the United States' Motion to Dismiss, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice. Bond is exonerated.

IT IS SO ORDERED.

Dated: June 25, 2021

Hon. Anthony J. Battaglia
United States District Judge